# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK FUENTES,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | NO. CV 11-9241-GHK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 8/8/16

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE